O

cc: order, docket, remand letter to
Los Angeles County Superior Court,
No. 11-U-11655

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSTONE PROPERTIES, LLC,  ) | Case No. CV 12-01260 DDP (JCGx) |
|   ) | |
| Plaintiff,  ) | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO REMAND AND DENYING ATTORNEY FEES AND COSTS** |
|   ) | |
| v.  ) | |
|   ) | |
| ROYAL ROSHTO; ASHER STACY,  ) | [Docket Nos. 4,5,10] |
|   ) | |
| Defendants.  ) | |
| _____  ) | |

Presently before the court is Plaintiff Kingstone Properties, LLC's Ex Parte Application for Order to Remand Unlawful Detainer to State Court with Request for Attorney Fees & Costs ("Application"). Defendants Royal Roshto and Asher Stacy have not filed any opposition.

As Plaintiff explains, there is no federal subject matter jurisdiction in this action. Plaintiff's unlawful detainer complaint raises only issues of state law, and the amount in controversy does not appear to exceed $75,000. Further, defenses based on federal law are insufficient to create federal jurisdiction. See HSBC Bank USA v. Santiago, No. CV 10-04127, 2011 WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011). The court therefore

grants Plaintiff's Application to remand.

The court, however, denies Plaintiff's request for fees and costs. As this court has explained under similar circumstances: "Defendants are proceeding without the assistance of counsel. While it is black letter law that defenses arising under federal law do not create removal jurisdiction, the court does not fault the Defendants for not having the same familiarity with the nuances of federal civil procedure that a lawyer should." Id. at *2.

IT IS SO ORDERED.

Dated: March 6, 2012

DEAN D. PREGERSON
United States District Judge